PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00083-KJM-JDP |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $360,920.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States and potential claimant Ramiro Maldonado-Cervantes ("claimant" or "Maldonado-Cervantes"), by and through his counsel, submit the following Stipulation and Order pursuant to the Court's prior order in this case.  The seizure forming the basis for this matter took place less than a year ago and the parties acknowledge the previous extensions given the COVID-19 pandemic. In recent weeks, the parties have engaged in settlement negotiations concerning the seizure. Accordingly, the parties seek only a brief sixty-day extension to allow the recently filed state criminal case to unfold and continue their settlement efforts, hopefully culminating in a resolution.

## Good Cause

The seizure in this case stems from an investigation and resulting seizure at Maldonado-Cervantes' house in Stockton, CA during the execution of a State search warrant.  Agents received information that Maldonado-Cervantes was operating multiple marijuana grows in Stockton and Modesto, CA and trafficking large amounts of marijuana with other associates.  In July of 2021, agents

1

with the Federal Bureau of Investigation and the San Joaquin Metropolitan Narcotics Task Force opened a joint investigation into Maldonado-Cervantes and several of his associates.  On September 1, 2021, agents executed a search warrant at Maldonado-Cervantes' house in Stockton, CA.  Agents found 178 pounds of processed marijuana packaged in one-pound bags and the defendant Approximately $360,920.00 in U.S. Currency.  On May 18, 2022, Ramiro Cervantes Maldonado, also known as Ramiro Maldonado-Cervantes, and two others were charged with multiple drug violations in the San Joaquin County Superior Court, Case No. CR-2020-0005072.  A Further Arraignment is scheduled for July 26, 2022.

Accordingly, the United States has committed substantial resources and time reviewing the claim, investigative reports, and other records in this case, including criminal histories and employment reports. Further, discussions to resolve evidentiary inquiries and settlement movement require coordination and layers of conversation.  Lastly, the seizure in this case took place on September 1, 2021, and was referred to the U.S. Attorney's Office on December 6, 2021.  Due to the COVID-19 global pandemic, many offices have been closed and discussions, negotiations, and approval conferences have occurred remotely. Thus, the COVID-19 pandemic has had a significant impact on the timing of this case and progressing the settlement negotiations in this matter.

**<u>Stipulations</u>**

1.      On or about December 3, 2021, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $360,920.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about September 1, 2021.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

parties.  That deadline was March 3, 2022.

4.      By Stipulation and Order filed March 2, 2022, the parties stipulated to extend to May 2, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed May 3, 2022, the parties stipulated to extend to June 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed June 6, 2022, the parties stipulated to extend to July 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 30, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

8.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 30, 2022.

Dated: <u>6/28/2022</u>                                          PHILLIP A. TALBERT
                                                                United States Attorney

                                                  By:     <u>/s/ Kevin C. Khasigian</u>
                                                          KEVIN C. KHASIGIAN
                                                          Assistant U.S. Attorney


Dated: <u>6/29/2022</u>                                          <u>/s/ Richard M. Barnett</u>
                                                          RICHARD M. BARNETT
                                                          Attorney for potential claimant
                                                          Ramiro Maldonado-Cervantes

                                                          (Signature authorized by phone)


     **IT IS SO ORDERED**.

DATED:  July 5, 2022.



                                                  _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE