PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00083-KJM-JDP |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $360,920.00 IN U.S. CURRENCY, | |
| Defendant. | |

    The United States and potential claimant Ramiro Maldonado-Cervantes ("claimant" or "Maldonado-Cervantes"), by and through his counsel, submit the following Stipulation and Order pursuant to the Court's prior order in this case.  The seizure forming the basis for this matter took place less than a year ago and the parties acknowledge the previous extensions approved by the Court.  The parties also acknowledge the companion criminal case in state court that was filed based on the same conduct forming the basis of this seizure.  In recent weeks, the parties have attempted to learn more about the status of the state criminal case and whether it would be an impediment to this forfeiture case.   The parties recently learned that the criminal case has been scheduled for a preliminary hearing on December 6, 2022.  The parties have also engaged in settlement negotiations concerning the seizure, hoping to resolve pre-complaint.  Accordingly, the parties seek a brief sixty-day extension to allow the preliminary hearing to unfold and continue their settlement efforts, hopefully culminating in a resolution.

**Good Cause**

The seizure in this case stems from an investigation and resulting search and seizure warrants at Maldonado-Cervantes' house in Stockton, California. In July 2021, agents with the Federal Bureau of Investigation and the San Joaquin Metropolitan Narcotics Task Force opened a joint investigation into Maldonado-Cervantes and several of his associates. On September 1, 2021, agents executed a search warrant at Maldonado-Cervantes' house in Stockton, finding 178 pounds of processed marijuana packaged in one-pound bags and the defendant Approximately $360,920.00 in U.S. Currency. On May 18, 2022, Ramiro Cervantes Maldonado, aka Ramiro Maldonado-Cervantes, and two others were charged with multiple drug violations in the San Joaquin County Superior Court, Case No. CR-2020-0005072. Recently, the Superior Court set a Pre-Preliminary Hearing Conference on November 14, 2022, and a Preliminary Hearing on December 6, 2022.

Accordingly, the United States has committed substantial resources and time reviewing the claim, investigative reports, and other records in this case, including criminal histories and employment reports. Further, discussions to resolve evidentiary inquiries and settlement movement require coordination and layers of conversation. Lastly, the seizure in this case took place on September 1, 2021, and was referred to the U.S. Attorney's Office on December 6, 2021. Due to the COVID-19 global pandemic, many offices have been closed and discussions, negotiations, and approval conferences have occurred remotely. Thus, the COVID-19 pandemic has had a significant impact on the timing of this case and progressing the settlement negotiations in this matter.

**Stipulations**

1. On or about December 3, 2021, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $360,920.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about September 1, 2021.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 3, 2022.

4. By Stipulation and Order filed March 2, 2022, the parties stipulated to extend to May 2, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed May 3, 2022, the parties stipulated to extend to June 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed June 6, 2022, the parties stipulated to extend to July 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed July 6, 2022, the parties stipulated to extend to August 30, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed September 2, 2022, the parties stipulated to extend to October 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 27, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 27, 2022.

Dated: 10/26/2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 10/26/2022

/s/ Richard M. Barnett
RICHARD M. BARNETT
Attorney for potential claimant
Ramiro Maldonado-Cervantes

(Signature authorized by phone)

**IT IS SO ORDERED**.

DATED: October 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE