PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00083-KJM-JDP |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $360,920.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States and potential claimant Ramiro Maldonado-Cervantes ("claimant" or "Maldonado-Cervantes"), by and through his counsel, submit the following Stipulation and Order pursuant to the Court's prior order in this case.  The seizure forming the basis for this matter took place in the fall of 2021 and the parties acknowledge the previous extensions approved by the Court.  The parties also acknowledge the companion criminal cases in state court that have been filed based on the same conduct forming the basis of this seizure.

In recent months, the parties attempted to learn more about the state criminal cases and whether they would impede any progress or settlement talks in this forfeiture case.  As part of this process, the parties learned that two criminal cases were filed in connection with this seizure, one in San Joaquin County and the other in Stanislaus County.  The San Joaquin County case was filed first and had an unsuccessful settlement conference in January.  That case is now scheduled for a preliminary hearing on April 24, 2023.  The Stanislaus County case is scheduled for a preliminary hearing on May 22, 2023.

The parties continue to engage in settlement negotiations concerning the seizure and should have more direction in late-May once the state court cases reach critical milestones in terms of trial readiness or a plea agreement.  Accordingly, the parties seek a brief thirty-day extension to allow the state settlement conference to unfold, learn more about the second criminal case, and continue their settlement efforts, hopefully culminating in a resolution.

## Good Cause

The seizure in this case stems from an investigation and resulting search and seizure warrants at Maldonado-Cervantes' house in Stockton, California.  In July 2021, agents with the Federal Bureau of Investigation and the San Joaquin Metropolitan Narcotics Task Force opened a joint investigation into Maldonado-Cervantes and several of his associates.  On September 1, 2021, agents executed a search warrant at Maldonado-Cervantes' house in Stockton, finding 178 pounds of processed marijuana packaged in one-pound bags and the defendant Approximately $360,920.00 in U.S. Currency.  On May 18, 2022, Ramiro Cervantes Maldonado, aka Ramiro Maldonado-Cervantes, and two others were charged with multiple drug violations in the San Joaquin County Superior Court, Case No. CR-2020-0005072. Recently, the Superior Court scheduled a Pre-Trial hearing on April 24, 2023.

Accordingly, the United States has committed substantial resources and time reviewing the claim, investigative reports, and other records in this case, including criminal histories and employment reports. Further, discussions to resolve evidentiary inquiries and settlement movement require coordination and layers of conversation.  Lastly, the seizure in this case was referred to the U.S. Attorney's Office on December 6, 2021.  Due to the COVID-19 global pandemic, many offices were closed and discussions, negotiations, and approval conferences have occurred remotely.  As of April 2023, COVID levels in this county are back at medium levels and continue to impact workplace dynamics.  Thus, the COVID-19 pandemic has had a significant impact on the timing of this case and progressing the settlement negotiations in this matter, in addition to the companion criminal cases discussed above.

## Stipulations

1.      On or about December 3, 2021, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $360,920.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about September 1, 2021.

Stipulation and Order to Extend Time

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 3, 2022.

4.      By Stipulation and Order filed March 2, 2022, the parties stipulated to extend to May 2, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed May 3, 2022, the parties stipulated to extend to June 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed June 6, 2022, the parties stipulated to extend to July 1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      By Stipulation and Order filed July 6, 2022, the parties stipulated to extend to August 30, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.      By Stipulation and Order filed September 2, 2022, the parties stipulated to extend to October 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

9.    By Stipulation and Order filed October 31, 2022, the parties stipulated to extend to December 27, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10.   By Stipulation and Order filed January 5, 2023, the parties stipulated to extend to February 24, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.   By Stipulation and Order filed March 2, 2023, the parties stipulated to extend to April 25, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 25, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.   Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///
///
///
///

4

1    required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

2    alleging that the defendant currency is subject to forfeiture shall be extended to May 25, 2023.

3    Dated: <u>4/24/2023</u>                        PHILLIP A. TALBERT
                                              United States Attorney

4

5                                By:     <u>/s/ Kevin C. Khasigian</u>
                                            KEVIN C. KHASIGIAN

6                                             Assistant U.S. Attorney

7    Dated: <u>4/24/2023</u>                        <u>/s/ Richard M. Barnett</u>
                                              RICHARD M. BARNETT

8                                             Attorney for potential claimant

9                                             Ramiro Maldonado-Cervantes

10                                             (Signature authorized by phone)

11

12                                      **<u>ORDER</u>**

13

14        The parties' stipulation is approved with the understanding that any future extension request, if

15    submitted, will include a detailed explanation of the status of the state cases as well as efforts to settle or

16    otherwise resolve this matter.

17        **IT IS SO ORDERED**.

18    DATED:  April 27, 2023.

19

20                                               _____

21                                          CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28